THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ralph West, Jr., Appellant.
 
 
 

Appeal From Union County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-033
Submitted January 2, 2007  Filed January 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ralph West, Jr. appeals his conviction and sentence of one year for resisting arrest.  Wests counsel argues the trial court erred in failing to grant a directed verdict of acquittal when there was insufficient evidence of guilt.  Also, West filed a pro se brief in which he raises the same issue regarding the insufficient evidence to convict.  After a thorough review of the record, the pro se brief, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wests appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.